JOHN S. LEONARDO
United States Attorney
District of Arizona
Alexander W. Samuels
Assistant U.S. Attorney
Arizona State Bar No. 028926
Dimitra H. Sampson
Arizona State Bar No. 019133
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Alexander.Samuels@usdoj.gov
Email: Dimitra.Sampson@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
RECEIVED ____ COPY

FEB - 2 2017

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Arianna Soohafyah,<br><br>    Defendant. | NO. CR-17-08021-PCT-DLR<br><br>**INFORMATION**<br><br>**VIO:** 18 U.S.C. § 1117<br>(Conspiracy to Commit Murder)<br>Count 1 |

THE UNITED STATES ATTORNEY CHARGES:

From at least on or about March 1, 2016, up to and including at least May 27, 2016, in the District of Arizona, ARIANNA SOOHAFYAH, in violation of the Laws of the United States, did knowingly and intentionally combine, confederate, conspire, and agree with others known and unknown to violate Sections 1153 and 1111 of Title 18, United States Code.

## OVERT ACTS

In furtherance of such agreement and conspiracy, and to effect the objects thereof, the defendant and others committed the following overt acts, among others:

a. Did exchange Facebook messages planning their violation of Title 18, United States Code, Sections 1153 and 1111;

b. Did procure a knife, which was used in the murder;

c. Did go to the home of Florine Talayumptewa on May 27, 2016;

d. Did unlawfully kill Florine Talayumptewa on May 27, 2016.

In violation of Title 18, United States Code, Section 1117.

Dated this 2nd day of February, 2017.

JOHN S. LEONARDO
United States Attorney
District of Arizona

ALEXANDER W. SAMUELS
DIMITRA H. SAMPSON
Assistant U.S. Attorneys